No. 22-0305

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 9, 2022
DEBORAH S. HUNT, Clerk

In re: E. I. DU PONT DE NEMOURS AND
COMPANY C-8 PERSONAL INJURY
LITIGATION

In re: 3M COMPANY, et al.,

    Petitioners.

Before: GUY, DONALD, and BUSH, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Southern District of Ohio at Columbus.

THIS MATTER was heard on the record and pleadings without oral argument. In accordance with the Order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that Defendants' Petition for Permission to Appeal is GRANTED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk